# MEMORANDUM OF UNDERSTANDING

Indiana Protection and Advocacy (IPAS) and the Family and Social Services Agency (FSSA) enter into the following memorandum of understanding concerning physical access by IPAS to facilities administered by FSSA:

1. IPAS advocates shall have reasonable unaccompanied access to all treatment areas within facilities administered by FSSA. IPAS staff will not be required to give prior notice to the facility of the particular treatment areas they plan to visit for purposes of routine unit monitoring.
2. When wishing to meet with a particular resident of a treatment unit for purposes of routine monitoring or follow-up, IPAS will give the facility 24 hours notice prior to meeting with that particular resident. If IPAS has probable cause to believe that the health and/or safety of a particular resident is in serious or immediate jeopardy, then no prior notice is necessary for IPAS to meet with that individual.
3. IPAS advocates who wish to enter an FSSA facility will identify themselves and display their IPAS credentials at the facility's reception or entrance area and sign in on the visitor's book.
4. FSSA will issue a visitor badge to the IPAS advocate, which the advocate will wear in plain view during the visit.
5. The IPAS advocate will be given immediate access to each particular treatment area upon arrival.
6. The IPAS advocate will not receive a key to the facility.
7. The IPAS advocate will not interrupt or otherwise interfere with any treatment program in progress during the visit.
8. If questions or issues arise during the visit, the advocate will address them to the service line manager of the unit, or the designee.
9. The IPAS advocate will sign out at reception at the end of the visit.
10. If disagreements arise that cannot be resolved at the facility, they will be addressed first to legal counsel of their respective agencies before any further referral to a Court.

Indiana Protection and Advocacy

By: _Karen Davis_
Karen Davis, Director,
Client and Legal Services

Dated: 6-5-08

Family and Social Services Agency

By: _Cathy Boggs_
Cathy J. Boggs, Director,
Division of Mental Health and Addiction

Dated: 6-2-08